UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States

—v—

Ruben Soto,

        Defendant.

21-cr-131 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

There is a sentencing in this matter scheduled for June 10, 2021 at 3:00 p.m. Unless and until the Court orders otherwise, the proceeding will be held in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. If either counsel believe that the proceeding should be held remotely (or that the Defendant should be permitted to appear remotely), counsel should confer with the other side and, no later than **May 17, 2021,** submit a letter request to that effect.

    SO ORDERED.

Dated: May 7, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1