# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor,
Tel: (212) 417-87

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/19/21___

David E. Patton
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 19, 2021

*Via ECF*
The Honorable Alison Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Ruben Soto,* 21 CR 131 (AJN)

Dear Judge Nathan:

With the consent of the government, I write to seek an adjournment of Mr. Soto's sentencing, currently scheduled for June 10, 2021. Mr. Soto requests the additional time because, on advice of the Federal Defender's staff immigration attorney, Mr. Soto intends to apply for a certification of citizenship before sentencing. Mr. Soto's immigration status is somewhat complicated. He was born in Mexico but derives American citizenship from his father. Without certification from ICE of his citizenship, we are concerned that, if Mr. Soto serves a prison sentence, the BOP might incorrectly designate him as a non-citizen. Accordingly, Mr. Soto respectfully requests an adjourned date in mid-August.
Thank you.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto, Esq.
Assistant Federal Defender
212.417.8750

cc:    all parties (via ECF)

Sentencing in this matter is hereby adjourned to August 19, 2021 at 10:00 a.m.  As set forth in the Court's Individual Rules, the Defendant's sentencing submission is due one week in advance of sentencing; the Government's is due three days ahead of sentencing.  SO ORDERED.

5/19/21

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.