# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

of New York
Brown
-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/28/21_

June 25, 2021

*VIA ECF*
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

6/28/21

SO ORDERED,
ALISON J. NATHAN, U.S.D.J.

Re:    *United States v. Ruben Soto*, 21 CR 131 (AJN)

Dear Judge Nathan:

SO ORDERED.

I write to respectfully request that the Court modify Mr. Soto's bail conditions to permit him to travel to visit family in the Western District of Missouri from Friday, July 16, 2021, to Wednesday, July 28, 2021. Mr. Soto currently resides and is supervised in the District of Arizona, and his supervising pretrial officer has no objection to this request. In addition, Assistant U.S. Attorney Jacob Gutwillig has no objection to this request.

On December 19, 2019, Magistrate Judge Kevin Nathaniel Fox imposed the following bail conditions, *inter alia*: a $50,000 personal recognizance bond cosigned by two financially responsible persons; travel limited to the Southern and Eastern Districts of New York, and the District of Arizona; and regular pretrial supervision. Mr. Soto has been fully compliant with his bail conditions.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender

SO ORDERED:

_____
**HONORABLE ALISON J. NATHAN**
**United States District Judge**

cc:  AUSA Jacob Gutwillig (via ECF)
     AZ-USPO Jade McCawley (via E-mail)