**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 10, 2021

**By ECF**
The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/21

Re:   United States v. Ruben Soto
      21 Cr. 131 (AJN)

Dear Judge Nathan:

    Pursuant to 18 U.S.C. § 4282, I respectfully request that Your Honor endorse the enclosed order directing the U.S. Marshals Service to arrange for and fund Mr. Soto's travel from Tucson, Arizona, to New York, New York for his sentencing on August 19, 2021 at 10AM, and a return trip home on the same day.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc:   AUSA Jacob H. Gutwillig (by email)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA          :    TRANSPORTATION ORDER

       - v -                      :    21 Cr. 131 (AJN)

RUBEN SOTO,                       :

              Defendant.          :

----------------------------------x
```

Upon the application of **Ruben Soto**, by his attorney, **Julia Gatto, Esq.,** Federal Defenders of New York, pursuant to 18 U.S.C. § 4282, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Ruben Soto with funds to cover the cost of travel between Tucson, Arizona and New York, New York for his sentencing on August 19, 2021. It is ordered that Mr. Soto's flight from Tucson, Arizona depart after 4PM on August 18, 2021 and arrive no later than 7AM on August 19, 2021. It is ordered that Mr. Soto's return flight from New York, New York depart after 5PM on August 19, 2021.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York           SO ORDERED:
        August 10, 2021

                                     _____
                                     HONORABLE ALSION J. NATHAN
                                     United States District Judge